DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant/Cross-Appellee,

v.

CAMERON HAMILTON LAWRENCE,

Appellee/Cross-Appellant.

No. 2D22-2309

_____

September 6, 2023

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Ashley Moody, Attorney General, Tallahassee, and Lydon W. Schultz, Assistant Attorney General, Tampa, for Appellant/Cross-Appellee.

Jeremy S. Clark and Tyler K. Vaughn of Clark Law, St. Petersburg, for Appellee/Cross-Appellant.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.